IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON          FILED '09 NOV 17 11:00 USDC-ORE

JEFF ANDERSON, DAN CLAY, TABATHA
HARRIS, STEVE KONOPA, KEN SPRAY
Union Trustees of the Oregon Retail
Employees Pension Trust,

        Plaintiffs,

        v.

SCOTT POWERS, CRAIG DANIELSON,
STEPHEN ERDMANN, DAVID JOHNS,
CARL WOJCIECHOWSKI
Employer Trustees of the Oregon Retail
Employees Pension Trust,

        Defendants.

Case No. CV09-6252-TC

<u>**ORDER**</u>

Upon consideration of the Plaintiffs' Motion for Summary Judgment and Motion to Dismiss Defendants' Counterclaim, the pleadings filed in connection with the Motions, and oral argument held on November 9, 2009, the following is ordered:

1.    The deadlock by the Board of Trustees of the Oregon Retail Employees Pension Trust ("Fund") over whether to elect an extension of Green Zone status pursuant to Section 204 of the Worker, Retiree and Employer Recovery Act of 2008 ("WRERA") is referred to arbitration and this case is stayed pending the outcome of the arbitration proceedings. Included

in the scope of this referral are the issues raised by Defendants and Counterclaimants in their

Counterclaim.


2.      The Court is of the opinion that the Internal Revenue Service may have the ability

to expeditiously advise the parties as to the validity of the filing by the Union Trustee on June

29, 2009. The parties are therefore to consider submitting a joint request to the Internal Revenue

Service on this question.


SO ORDERED:                          _____

                                     Thomas M. Coffin

                                     Date: _____11 | 17 | 09_____


226865v1